UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE VAN SKIKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-03222-JSC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 8 |

On June 6, 2022, the Court screened Plaintiff's complaint under 28 U.S.C. § 1915(e)(2) and dismissed this action for failure to state a claim.  (Dkt. No. 8.)  Plaintiff was granted leave to file an amended complaint by July 6, 2022.  Plaintiff did not do so and the Court's Order was subsequently returned as undeliverable.  (Dkt. No. 10.)  Under Civil Local Rule 3-11(a), parties must promptly file a change of address with the Court.  Because more than 60 days have passed since receipt of the returned mail and the Court has received no further communication from Plaintiff, *see* Civ. L.R. 3-11(b)(2), this action is dismissed without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 7, 2022

JACQUELINE SCOTT CORLEY
United States District Judge